UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Sheila F. Crooks, *et al.*,

          Plaintiffs,      Case No. 24-13164

v.      Judith E. Levy
      United States District Judge

Ross Fernandez, *et al.*,

      Mag. Judge David R. Grand

          Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [21]

Before the Court is Magistrate Judge David R. Grand's Report and Recommendation recommending the Court deny without prejudice Defendants' motions to dismiss. (ECF Nos. 11, 17.) The Report and Recommendation also recommends that Plaintiff be given 30 days to file an amended complaint, and Defendants be given 30 days thereafter to answer or otherwise respond to that pleading.

The parties were required to file specific written objections, if any, within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result.

Accordingly, the Report and Recommendation (ECF No. 21) is ADOPTED and Defendants' motions to dismiss (ECF Nos. 11, 17) are DENIED WITHOUT PREJUDICE. Plaintiffs have 30 days from entry of this order to file an amended complaint, and Defendants have 30 days after the filing of the amended complaint to answer or otherwise respond to Plaintiffs' amended complaint.

IT IS SO ORDERED.

Dated: September 22, 2025      s/Judith E. Levy
Ann Arbor, Michigan            JUDITH E. LEVY
                                         United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 22, 2025.

                                           s/William Barkholz
                                           WILLIAM BARKHOLZ
                                           Case Manager