**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Sheila F. Crooks, *et al.*,

Plaintiffs,

v.

Ross Fernandez, *et al.*,

Defendants.

_______________________________/

Case No. 24-cv-13164

Judith E. Levy
United States District Judge

Mag. Judge David R. Grand

# ORDER DENYING DEFENDANTS' MOTION TO DISMISS WITHOUT PREJUDICE [25]

Before the Court is Defendants' motion to dismiss the second amended complaint. (ECF No. 25.) The Parties have alerted the Court that they are in ongoing settlement negotiations. Accordingly, the motion to dismiss (ECF No. 25) is DENIED WITHOUT PREJUDICE pending the settlement. Defendants may re-file their motion if needed.

IT IS SO ORDERED.

Dated: September 29, 2026
Ann Arbor, Michigan

s/Judith E. Levy
JUDITH E. LEVY
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 29, 2026.

s/William Barkholz
WILLIAM BARKHOLZ
Case Manager